UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANNARA PHOU (Agency No. 27-297-184),<br><br>Petitioner,<br><br>v.<br><br>THOMAS R. DECKER, Field Office Director, Philadelphia, PA, Office of Detention and Removal Operations, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, et al.<br><br>Respondents. | No. C09-1367-RAJ-MAT<br><br>STIPULATED MOTION TO RE-NOTE GOVERNMENT'S MOTION TO DISMISS AND VACATE STAY OF REMOVAL FROM NOVEMBER 27, 2009 TO DECEMBER 1, 2009 |

The Government's Motion to Dismiss in the above captioned case was originally noted on the motion calendar for November 27, 2009. As a result, pursuant to CR 7(d)(3), Petitioner's response to the motion was due on November 23, 2009. Petitioner, however, filed a response to the government's motion on November 27, 2009. The Government, however, unaware that Petitioner had filed a Response, filed a Reply pleading on November 27, 2009, asking to have its Motion to Dismiss granted in that Petitioner had failed to respond.

Now the Petitioner has actually filed a Responsive pleading, the parties are seeking to re-note the Government's Motion to Dismiss to allow the Government the opportunity to withdraw its earlier reply, and to file a substantive reply to Petitioner's response.

STIPULATED MOTION TO RE-NOTE GOVERNMENT'S
MOTION TO DISMISS AND VACATE STAY OF
REMOVAL C09-01367-RAJ-MAT - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Accordingly, the parties respectfully ask to have the Government's Motion to Dismiss re-noted for December 1, 2009. The Government's reply brief shall now be due November 30, 2009.

DATED: November 30, 2009

JENNY A. DURKAN
UNITED STATES ATTORNEY

/s/ Marion J. Mittet
MARION J. NITTET, WSBA No. 12758
Assistant United States Attorney
U.S. Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2055
Email: jamie.mittet@usdoj.gov
Attorney for Defendants

DATED: November 30, 2009

Law Offices of
Daniel Sansoni

/s/ Daniel Sansoni
8040 Roosevelt Blvd., Ste. 218
Philadelphia, PA 19152
(215) 333-7790
E-mail: dsansoni@hotmail.com
Attorney for Plaintiff

**ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 1st day of December, 2009.

Mary Alice Theiler
United States Magistrate Judge

STIPULATED MOTION TO RE-NOTE GOVERNMENT'S
MOTION TO DISMISS AND VACATE STAY OF
REMOVAL C09-01367-RAJ-MAT - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970