UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| VANNARA PHOU, | ) | CASE NO. C09-1367-RAJ |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| THOMAS R. DECKER, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondents' motion to dismiss an vacate stay of removal, the Report and Recommendation (Dkt. # 26) of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, and noting that petitioner did not object to the Report and Recommendation, finds and ORDERS as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss and vacate stay of removal (Dkt. 19) is GRANTED, and this action is DISMISSED with prejudice; and

//

ORDER OF DISMISSAL
PAGE -1

3.	The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 12th day of February, 2010.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE -2